UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WHDH -TV</u>
Plaintiff

V.

CIVIL ACTION

NO. <u>16cv10494-RGS</u>

<u>COMCAST CORP.</u>
Defendant

### ORDER OF DISMISSAL

<u>STEARNS, D.J.,</u>

In accordance with the Court's Memorandum and Order dated <u>5/16/16</u> _____ granting defendant's motion to dismiss, it is hereby ORDERED that this case is hereby dismissed..

<u>5/17/16</u>
Date

By the Court,

/s/ Elaine Flaherty
Deputy Clerk